# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Julie Dalton, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Tilly's Inc.,<br><br>　　　　Defendant. | Civil Case No.: 24-cv-01319(PAM/JFD)<br><br>**ORDER** |

The Court has reviewed the "Consent Motion to Extend Time for Defendant to Respond to Complaint" filed by Plaintiff on June 3, 2024 (Dkt. No. 5). Pursuant to Fed. R. Civ. P. 6(b), the Court finds that good cause has been shown, and **HEREBY ORDERS** as follows:

1. **IT IS ORDERED THAT** the Consent Motion to Extend Time for Defendant to Respond to Complaint filed by Plaintiff on June 3, 2024 (Dkt. No. 5) is **GRANTED**; and

2. **IT IS FURTHER ORDERED THAT** Defendant Tilly's Inc. shall submit its response to the complaint no later than June 28, 2024.

**IT IS SO ORDERED.**

Date: June 4, 2024

　　　　　　　　　　　　　　　　　　　　　*s/ John F. Docherty*
　　　　　　　　　　　　　　　　　　　　　JOHN F. DOCHERTY
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge