UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Julie Dalton, individually and on behalf of all others similarly situated, | Civ. No. 24-1319 (PAM/JFD) |
| Plaintiff, | |
| v. | **ORDER** |
| Tilly's Inc., | |
| Defendant. | |

This matter is before the Court on Plaintiff's Notice of Dismissal. (Docket No. 17.)

Accordingly, **IT IS HEREBY ORDERED that** this matter is **DISMISSED with prejudice** and without costs or fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 3, 2024

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge