# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Julie Dalton, individually and on behalf of all others similarly situated | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 24-cv-1319 PAM/JFD |
| Tilly's Inc. | |
| Defendant(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
this matter is DISMISSED with prejudice and without costs or fees to any party.

Date: 12/6/2024                                                                            KATE M. FOGARTY, CLERK